# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 15, 2021
Lyle W. Cayce
Clerk

No. 20-10093

FRANCISCAN ALLIANCE, INCORPORATED; CHRISTIAN MEDICAL AND DENTAL SOCIETY; SPECIALTY PHYSICIANS OF ILLINOIS, L.L.C.,

*Plaintiffs—Appellants*,

versus

XAVIER BECERRA, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

*Defendants—Appellees*,

versus

AMERICAN CIVIL LIBERTIES UNION OF TEXAS; RIVER CITY GENDER ALLIANCE,

*Intervenors—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:16-CV-108

Before ELROD, WILLETT, and ENGELHARDT, *Circuit Judges*.

J U D G M E N T

No. 20-10093

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the case is REMANDED for further proceedings.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.